IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GERALD SPEARS, Individually, and on behalf of All Others Similarly Situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNIVERSAL ENSCO, INC., )<br>)<br>Defendant. ) | CIVIL ACTION NO:<br>3:11-cv-01025-GPM-DGW |

## NOTICE OF APPEARANCE

Now Comes Charles H. Wilson of the law firm Cozen O'Connor and hereby enters his Appearance on behalf of Defendant, UNIVERSAL ENSCO, INC., and respectfully requests that all notices, inquiries and correspondence be directed to his attention at the address and phone number provided below:

January 6, 2012

                                        **COZEN O'CONNOR**

                                        s/ Charles H. Wilson
                                        Charles H. Wilson
                                        Cozen O'Connor
                                        1000 Louisiana, Suite 5400
                                        Houston, Texas 77002
                                        Telephone:  (713) 750-3100
                                        Facsimile:   (713) 750-3101

                                        One of the attorneys for Defendant
                                        **UNIVERSAL ENSCO, INC.**

**CERTIFICATE OF SERVICE**

       On January 6, 2012, a true and correct copy of the foregoing *Notice of Appearance* was sent to counsel for parties entitled to notice as follows via LexisNexis File and Serve.

Douglas M. Werman
Werman Law Office, P.C.
77 Washington, Suite 1402
Chicago, Illinois 60602

                                              By:    <u>s/Charles H. Wilson</u>

Charles H. Wilson
Cozen O'Connor
1000 Louisiana, Suite 5400
Houston, Texas 77002
Telephone:  (713) 750-3100
Facsimile:   (713) 750-3101