IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

GERALD SPEARS, Individually and on behalf )
of all others similarly situated,            )
                                              )
    Plaintiff,                               )
                                              )   Case No. 3:11-cv-1025-GPM-DGW
    v.                                       )
                                              )
UNIVERSAL ENSCO, INC.                        )
                                              )
    Defendant.                              )

**ORDER REGARDING DISCOVERY DISPUTES**

In the interest of reducing delay and expense, it is **ORDERED** that discovery disputes that cannot be resolved through informal means pursuant to Federal Rule of Civil Procedure 37 shall be handled in the following manner:

The party with the discovery dispute shall contact Holly Stone, Law Clerk to Judge Wilkerson, at (618) 482-9382, to schedule a telephonic conference call with the Court and opposing counsel. If the dispute involves written discovery, the disputed portion(s) shall be submitted to the Court by e-mail (holly_stone@ilsd.uscourts.gov) or faxed to the Court (if less than twenty pages) at (618) 482-9277, prior to the telephonic conference. The party with the discovery dispute shall be responsible for initiating the conference call. The Court's teleconference number is (618) 482-9004. Written motions to compel or legal memoranda will <u>not</u> be accepted unless specifically requested by the Court. Expense of the call will be borne by the non-prevailing party. The parties are directed to this court's webpage, http://www.ilsd.uscourts.gov/Judges/Wilkerson.aspx, for additional information and specific procedures regarding discovery disputes. **Consult this Court's webpage BEFORE contacting chambers with questions**.

**DATED:   March 6, 2012**

                                                                     **DONALD G. WILKERSON**
                                                                       **United States Magistrate Judge**