IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| GERALD SPEARS, Individually, and on behalf of All Others Similarly Situated, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO: 11-1025-GPM-DGW |
| UNIVERSAL ENSCO, INC., | § § | |
| Defendant. | § § | |

## JOINT STATUS REPORT & REQUEST FOR ADDITIONAL TIME

**TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:**

At the April 23, 2012 hearing on Plaintiff's Motion to Remand, Plaintiff raised the issue of his domicile, for the purpose of diversity jurisdiction. The Court allowed Defendant to depose plaintiff within one week of the hearing on the issue of Plaintiff's domicile. Due to defense counsel's schedule, and the need for Defendant to obtain additional information before deposing plaintiff, the parties have agreed to schedule Plaintiff's deposition during the week of May 7, 2012 on the limited issue of his domicile. If Plaintiff is within 100 miles of Houston, the deposition will take place at Plaintiff's counsel's office. If Plaintiff is more than 100 miles from Houston, Plaintiff's deposition will be taken by video-conference from defense counsel's office.

RESPECTFULLY SUBMITTED

*/s/ Douglas M. Werman * by permission*
Douglas M. Werman
Werman Law Office, P.C.
77 West Washington , Suite 1402
Chicago, IL 60602
Telephone:  312-419-1008
Facsimile:   312-419-1025
Email: dwerman@flsalaw.com

and

HOUSTON\562602\1 313568.000

- 2 -

Richard J. (Rex) Burch
S.D. Tex. No. 21615
Texas Bar No. 24001807
*Admitted Pro Hac Vice*
Bruckner Burch PLLC
8 Greenway Plaza, Suite 1500
Houston, Texas 77046
Telephone: (713) 877-8788
Facsimile: (713) 877-8065
Email: rburch@brucknerburch.com

**ATTORNEYS FOR PLAINTIFFS**

/s/ Charles H. Wilson
Charles H. Wilson
State Bar Number 00797678
Federal Bar No. 34581
Cozen O'Connor
One Houston Center
1221 McKinney Street, Suite 2900
Houston, TX 77010
Telephone: 713.750.3117

and

Nicole J. Moody (ARDC #729229)
Cozen O'Connor
333 W. Wacker Dr. Suite 1900
Chicago, IL 60614
Telephone: 312.382.3100
Fascimile: 312.382.8910

**ATTORNEYS FOR DEFENDANT**

HOUSTON\562602\1 313568.000