IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| GERALD SPEARS, Individually, and on behalf of All Others Similarly Situated, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO: 11-1025-GPM-DGW |
| UNIVERSAL ENSCO, INC., | § § | |
| Defendant. | § § | |

**JOINT MOTION TO APPEAR BY TELEPHONE**

Gerald Spears, Individually, and on behalf of All Others Similarly Situated ("Plaintiffs"), and Universal Ensco, Inc. ("Defendant"), respectfully request they be allowed to attend the Status Conference on June 4, 2012, at 11:30 a.m. by telephone. Lead counsel for the parties are located in Houston, Texas. Also, Defendant's counsel has a previously scheduled meeting on June 4th but can attend the status conference by telephone at 11 a.m.

WHEREFORE, the parties requests that this Court allow their appearance at the June 4, 2012 Status Conference via telephone.

|  | Respectfully Submitted, |
|---|---|
| /s/ Richard J. Burch * by permission | /s/ Charles H. Wilson |
| Richard J. (Rex) Burch | Charles H. Wilson |
| S.D. Tex. No. 21615 | State Bar Number 00797678 |
| Texas Bar No. 24001807 | Federal Bar No. 34581 |
| *Admitted Pro Hac Vice* | Cozen O'Connor |
| Bruckner Burch PLLC | One Houston Center |
| 8 Greenway Plaza, Suite 1500 | 1221 McKinney Street, Suite 2900 |
| Houston, Texas 77046 | Houston, Texas 77010 |
| Telephone: (713) 877-8788 | Telephone: 713.750.3117 |
| Facsimile: (713) 877-8065 | Facsimile: 832.214.3905 |
| Email: rburch@brucknerburch.com | Email: cwilson@cozen.com |
| *Lead Attorney for Plaintiff* | *Lead Attorney for Defendant* |
| and | and |
| Douglas M. Werman | Nicole J. Moody (ARDC #729229) |
| Werman Law Office, P.C. | Cozen O'Connor |
| 77 West Washington , Suite 1402 | 333 W. Wacker Dr. Suite 1900 |
| Chicago, IL 60602 | Chicago, IL 60614 |
| Telephone: 312-419-1008 | Telephone: 312.382.3100 |
| Facsimile: 312-419-1025 | Fascimile: 312.382.8910 |
| Email: dwerman@flsalaw.com | Email: nmoody@cozen.com |
| **ATTORNEYS FOR PLAINTIFFS** | **ATTORNEYS FOR DEFENDANT** |